IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IRENE SORRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>HMS HOST FAMILY RESTAURANTS, INC., et al.,<br><br>        Defendants. | Civil No. 08-3412-JEI-AMD |

## SCHEDULING ORDER

       This Scheduling Order confirms the directives given to counsel at the initial scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on August 12, 2008; and the Court noting the following appearances:  William J. Martin, Esquire, appearing on behalf of the plaintiff; and Michael L. Burns, Esquire, and Serafina Raskin, Esquire, appearing on behalf of the defendants.

       IT IS this **13th** day of **August 2008**, hereby **ORDERED**:

       1.   Counsel shall make Fed. R. Civ. P. 26(a) disclosures on or before **August 26, 2008**.

       2.   The Court will conduct a telephone status conference on **September 25, 2008 at 1:30 P.M.**.  Counsel for plaintiff shall initiate the telephone call.

                                                  s/ Ann Marie Donio
                                                   ANN MARIE DONIO
                                                   United States Magistrate Judge

cc:  Hon. Joseph E. Irenas